AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of __New Mexico__

**FILED**

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY  2 1 2026

**ERIK PALTROW**
**CLERK OF COURT**

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>BRIAN ANTHONY PORI (YOB: 1961)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    26-MJ-2448

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 11, 2026__ in the county of __Bernalillo__ in the _____ District of __New Mexico__ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § § 2252A(a)(5)(B), 2252A(b)(2) & 2256 | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**Deputy US Marshal, Tyler K Foster**
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date: __May 21, 2026__

City and state:  __Las Cruces, New Mexico__

_____
Damian L. Martínez, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

BRIAN ANTHONY PORI (YOB: 1961)

Case No. ___26-MJ-2448___

### **INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1.      I, Tyler K. Foster, Deputy United States Marshal ("DUSM") of the United States Marshal Service ("USMS"), being first duly sworn, make this affidavit in support of a criminal complaint and arrest warrant for Brian Anthony PORI ("PORI"), for the violations listed below, collectively referred to hereinafter as the "Target Offense":

18 U.S.C. § 2252A(a)(5)(B) provides, in relevant part, that any person who knowingly possesses, or knowingly accesses with intent to view, any material that contains an image of child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been transported in or affecting interstate or foreign commerce by any means, including by computer, or any person who attempts to do so, shall be guilty of a federal offense.

2.      I am submitting this affidavit based upon my experience and familiarity with the instant investigation. This affidavit does not set forth all of my knowledge or summarize all of the investigative efforts in the overall investigation; rather, this affidavit sets forth facts that support probable cause.

1

## AFFIANT'S RELEVANT TRAINING AND EXPERIENCE

3.      I am a Deputy United States Marshal with the USMS and have been since July 19, 2022. I have received and completed training at the Federal Law Enforcement Training Academy ("FLETC") as a criminal investigator. During my tenure with the USMS, I have investigated and assisted in the apprehension of federal, state, and local fugitives to include but not limited to sex offenders, gang members, violent repeat offenders, and those with extensive criminal history.

4.      In conjunction with my current assignments as a member of the USMS Southwest Investigative Fugitive Team ("SWIFT"), I am a sworn TFO with the Federal Bureau of Investigation ("FBI") Violent Gangs Task Force ("VGTF") and I am currently assisting with the ongoing criminal investigation into drug distribution and the introduction of contraband into Cibola County Correctional Center ("CCCC").

## LEGAL DEFINITIONS

5.      The following terms are relevant to this affidavit in support of this application for a arrest warrant:

a.      *Child Pornography*: The term "child pornography" is defined at 18 U.S.C. §2256(8). It consists of any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(2),(8).

2

b.    *Computer*: The term "computer" refers to "an electronic, magnetic, optical, electrochemical, or other high-speed data processing device performing logical or storage functions and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, mobile phones and devices, and tablets. *See* 18 U.S.C. §1030(e)(1).

c.    *Electronic mail ("e-mail" or "email")*: "E-mail" refers to a method of exchanging digital messages from an author to one or more recipients. Users may attach digital media to their e-mails. Modern e-mail operates across the Internet or other computer networks. E-mail systems are based on a store-and-forward model. Email servers accept, forward, deliver and store messages. E-mail accounts may be accessed by computers to include smartphones and tablets.

d.    *Minor*: The term "minor" means any person under the age of eighteen years. *See* 18 U.S.C. §2256(1).

e.    *Sexually Explicit Conduct*: The term "sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. *See* 18 U.S.C. §2256(2).

f.    *Visual Depictions*: "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. §2256(5).

3

## PROBABLE CAUSE

6.      The FBI is investigating allegations of drug trafficking activity at the Cibola County Correctional Center ("CCCC"). On March 11, 2026, pursuant to a state arrest warrant issued in Milan, New Mexico, Milan Police Department arrested attorney Brian PORI.  PORI was arrested and charged with the crime of Bringing Contraband into Places of Imprisonment, a violation of NMSA 1978, Section 30-22-14.  Based on this arrest, PORI's cellular telephone and laptop were seized by members of the FBI and USMS.

7.      On March 16, 2026, PORI met with Agents assigned to the Albuquerque Field Office of the Federal Bureau of Investigation.  PORI provided Agents with consent to search PORI's Motorola Cellular Telephone assigned telephone number 505-206-6289 and a Dell Laptop Computer.  These were the items seized on March 11, 2026. On March 31, 2026, the New Mexico Regional Computer Forensics Laboratory provided forensic images of PORI's Motorola Cellular Telephone and Dell Laptop to Agents assigned to FBI Albuquerque.

8.      At the time of PORI's arrest, PORI provided legal representation for multiple clients held at CCCC. To prevent members of the investigative team from viewing privileged communications between PORI and PORI's clients, a filter team was employed.  The filter team was tasked with a review of the Devices for evidence of PORI's involvement in drug trafficking activity at CCCC and the introduction of contraband items into CCCC.

9.      FBI Special Agents conducted a preliminary review of forensic images of PORI's cellular telephone and Dell laptop computer. During a preliminary review of the forensic image of PORI's Dell laptop computer, several images depicting suspected Child Sexual Abuse Material ("CSAM") were identified. Members of FBI Albuquerque's Child Exploitation and Human

4

Trafficking Task Force confirmed the images identified during the preliminary review depicted CSAM.

10.    The following are descriptions of images found on the forensic image of PORI's Dell laptop computer and reviewed by your affiant:

a.    Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\06\943956CD0A16

Description: The image depicted twenty-eight separate thumbnail images of videos of various lengths with the caption "dm for dad and son full package [emoji of a box]". The thumbnail images depicted prepubescent male children, approximately ages six to ten years old based on body size, body proportions, and lack of genital development. The thumbnail images depict the prepubescent male children performing oral sex on an adult male, depict an adult male anally penetrating a prepubescent male child with an erect penis, an adult male masturbating over a prepubescent male child, and a lascivious display of a prepubescent male child's genitalia.

b.    Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\2C\D67D319CDD48

Description: The image depicted a prepubescent child with curly brown hair between the approximate ages of six to ten years old based on body size and proportions, performing oral sex on an erect adult male penis while an adult male with dark colored hair was laying down.

c. Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\2D\2FA6B90E4EBA

Description: The image depicted a prepubescent child between the approximate ages of six to ten years old based on body size and proportions with light brown hair wearing a blue long sleeve shirt performing oral sex on an erect adult male penis while an adult male wearing a black T-shirt placed a hand on top of the head of the prepubescent child.

d. Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\31\690BE2A905D1

Description: The image depicted a prepubescent female child between the approximate ages of six to ten years old based on body size, body proportions, and lack of pubic hair in the pelvic region of the prepubescent female child. The image depicted a prepubescent female child with long dark colored hair wearing black and white striped knee length socks vaginally penetrated by an erect adult male penis. The image appeared to be taken from the perspective of the adult male vaginally penetrating the prepubescent female as only the adult male's knees, pubic hair, and erect penis were visible in the image.

e. Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\4C\4491622ED4DC

6

Description: The image depicted nine separate thumbnail images of what appear to be videos of various lengths. The thumbnails depicted prepubescent male children of approximate ages between six to ten years old. The thumbnail images depict the prepubescent male children anally penetrated by an adult male penis and lascivious display of prepubescent male children in various levels of undress.

f.  Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\5C\FCFC779CE442

Description: The image depicted a prepubescent child with curly brown hair between the approximate ages of six to ten years old based on body size and proportions, performing oral sex on an erect adult male penis while an adult male with dark colored hair was laying down.

g.  Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\85\BB5C13BA9566

Description: The image depicted a prepubescent child with curly brown hair between the approximate ages of six to ten years old based on body size and proportions, performing oral sex on an erect adult male penis while an adult male with dark colored hair was laying down.

h.  Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\CE\653D67C78AAC

7

Description: The image depicted a infant child with blonde colored hair between the approximate ages six months to two years old based on body size and proportions. The image depicted the infant child lying face down on a primarily blue blanket with yellow, white, and red designs while an erect uncircumcised male penis was displayed near the buttocks of the infant child.

i.  Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\D0\DBD6894A3060

Description: The image depicted a prepubescent child with light brown hair wearing a blue colored long sleeve shirt between the approximate ages of six to ten years old based on body size and proportions. The image depicted the prepubescent child's head held by an adult male wearing a black T-shirt without pants. The adult male held the prepubescent child's head near the adult male's erect penis.

j.  Filepath: NMR008440_1.E01 – Partition 3 (Microsoft NTFS, 218.51 GB) OS\Users\bPORI\AppData\Roaming\Telegram Desktop\tdata\user_data\cache\1\E7\DB552B73918F

Description: The image depicted a naked adult male with two prepubescent naked children between the ages of six to ten years old based on body size and proportions. One of the prepubescent naked children sat on the shoulders of the naked male and the other prepubescent naked child sat on the lap of the naked adult male.

11.  The preliminary review of the forensic image of PORI's laptop computer indicated the CSAM images were Telegram media files of cached images on PORI's laptop computer. Based on my training and experience, Telegram is an internet-based messaging application that transmits

communications and attached media files over the internet, a means and facility of interstate and foreign commerce. Based on my training and experience, when a user sends or receives an image using Telegram, that image is transmitted by computer servers located in, and communicating across different states and countries. The presence of the CSAM image files as Telegram media in the cache of PORI's laptop therefore indicates that those image files were transmitted, received, and stored using a means and facility of interstate and foreign commerce, namely the internet and computer networks. Telegram media files are transmitted, viewed, or accessed using the Telegram encrypted communication application.  The Telegram encrypted communication application is often used by criminal actors to anonymously transmit communications secured through end-to-end encryption. Due to Telegram's secure messaging platform and perceived resistance to law enforcement requests, criminal actors will often buy, sell, and transmit contraband to include CSAM. The Telegram encrypted communication application can be accessed from both computers and cellular telephones with access to cellular data networks or internet services. A preliminary review of the forensic image of PORI's cellular telephone identified the Telegram application was downloaded onto PORI's cellular telephone and laptop computer.

12.    Based on my training and experience, a computer's cache is a storage location where the computer or internet browser automatically saves copies of files, including images, that a user has accessed, so those files can be loaded more quickly later. During the forensic review of PORI's laptop, investigators located the suspected CSAM image(s) in the laptop's cache, meaning the device had previously downloaded and stored a copy of the image(s) on its own internal storage after the user accessed them. The presence of the image(s) in the cache is evidence that the laptop was used to retrieve and display the image(s), and that the image(s) were saved on the device rather than existing only temporarily on a remote website. Based on the location of the files and the way

9

cached images are created and retained, there is probable cause to believe the user of the laptop knowingly accessed and possessed the image(s) on that device.

## CONCLUSION

13.     In summary, based on the above information, I believe there is probable cause to believe that on March 11, 2026, PORI has committed 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2) and 2256 Possession of Child Pornography.

14.     This affidavit was reviewed by Assistant United States Attorney James Dickens.

Respectfully submitted,

TYLER FOSTER
Deputy United States Marshal

Electronically signed and telephonically sworn to me on May 21, 2026.

Damian L. Martínez, U.S. Magistrate Judge

10