FILED

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN - 1 2026

ERIK PALTROW
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of New Mexico ▾

2025 MAY 22 PM 3: 41

United States of America

v.

BRIAN ANTHONY PORI (YOB: 1961)

Case No. 26-MJ-2448

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BRIAN ANTHONY PORI                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256 - Possession of Child Pornography

Date:     5/21/26

*Issuing officer's signature*

City and state:     Las Cruces,  New Mexico     Damian L. Martínez, United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/22/2026 , and the person was arrested on *(date)* 5/22/2026 at *(city and state)* Fort Worth, TX . |
| Date: 5/29/2026 |

*Arresting officer's signature*

Maricela Olguin, DUSM

*Printed name and title*

FOR: DUSM Foster