IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2026 JUN 17 PM 12: 12

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 26-2848 SMD |
| | ) |
| vs. | ) Counts 1 and 2: 18 U.S.C. §§ 1791(a)(1) |
| | ) and (b)(3): Providing Contraband in |
| **BRIAN ANTHONY PORI**, | ) Prison; |
| | ) |
| Defendant. | ) Count 3: 18 U.S.C. §§ 2252A(a)(5)(B), |
| | ) 2252A(b)(2), and 2256: Possession and |
| | ) Access with Intent to View Child |
| | ) Pornography. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about December 8, 2025, in Cibola County, in the District of New Mexico, the defendant, **BRIAN ANTHONY PORI**, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(E), attempted to provide a prohibited object, specifically, buprenorphine to Reynaldo Vargas, an inmate of Cibola County Correctional Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

In violation of 18 U.S.C. §§ 1791(a)(1) and (b)(3).

### Count 2

On or about March 11, 2026, in Cibola County, in the District of New Mexico, the defendant, **BRIAN ANTHONY PORI**, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(E), attempted to provide a prohibited object, specifically, buprenorphine to Paul Lujan, an inmate of

Cibola County Correctional Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

In violation of 18 U.S.C. §§ 1791(a)(1) and (b)(3).

Count 3

From on or about February 21, 2026, and continuing to on or about March 11, 2026, in Cibola County, in the District of New Mexico, the defendant, **BRIAN ANTHONY PORI**, knowingly possessed and accessed with intent to view any material containing child pornography, as defined in 18 U.S.C. § 2256(8), involving a prepubescent minor, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2252A, the defendant, **BRIAN ANTHONY PORI**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any matter containing visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a. a Motorola Cellular Telephone, assigned NMRCFL number NMR008439; and

2

b. a Dell Laptop Computer, Model MFGYR, serial number 7F94V34, assigned NMRCFL number NMR008440.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*CSM 6/16/26*

3