# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Damian L. Martìnez

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 26-2848 SMD | UNITED STATES vs. PORI | |
| Hearing Date: | 6/25/2026 | Time In and Out: | 2:53 – 2:59 P.M. (6 MIN) |
| Courtroom Deputy: | B. Wilson | Digital Recording: | Sierra Blanca |
| Defendant: | BRIAN ANTHONY PORI | Defendant's Counsel: | DAMIAN RASMUSSEN |
| AUSA: | TANISHA HENSON | Pretrial/Probation: | N/A |
| Interpreter: | N/A | | |

## Proceedings

☐ First Appearance by Defendant

☐ Defendant waived appearance at Arraignment

☒ Defendant received a copy of charging document

☒ Defendant questioned re: time to consult with attorney regarding penalties

☒ Defendant waives reading of Indictment

☒ Defendant enters a Not Guilty plea

☒ Motions due by: Thursday, July 16, 2026

☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days

☒ Case assigned to: Judge Davenport

☒ Trial will be scheduled by presiding judge ☐ Trial currently set

☐ Defendant waives Detention Hearing

## Custody Status

☒ Defendant will remain in custody

☐ Conditions

## Other

☐