## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | **CRIMINAL NO. 26-CR-2848-SMD** |
| ) | |
| vs. ) | |
| ) | |
| **BRIAN ANTHONY PORI**, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DECLARE CASE COMPLEX

COMES NOW, the United States, by and through its attorneys of record, and hereby moves this Court to declare this matter a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). As grounds for the motion, the parties state:

On June 17, 2026, a grand jury returned a 3-count indictment charging Mr. Pori with various crimes, including two counts of providing an inmate of a prison with a prohibited object, specifically buprenorphine in violation of 18 U.S.C. § 1791(a)(1),(b)(1)(E), and one count possession of and access with intent to view any material containing child pornography in violation of 18 U.S.C. § 2256(8), Doc. 25. Based on the nature of the charges, the Defendant faces a maximum term of five years imprisonment for each count of providing an inmate of a prison with a prohibited object, specifically buprenorphine, and up to twenty years for the count charging possession of and access with intent to view material containing child pornography. Under the terms of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the trial of a criminal case must commence within 70 days of the later of the filing of the indictment, exclusive of excludable periods of delay. 18 U.S.C. § 3161(c)(1). In the absence of any excludable delays, the trial of the present case would have to commence within 70 days of June 17, 2026. *See* Doc. 25 (date indictment was filed).

However, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), if a case is complex due to the nature of the prosecution, more time may be allotted in order to allow the parties adequate time to prepare for trial. Here, because of the nature of the charges, the type and sensitivity of the evidence involved, potential penalties, and the scope of the alleged conduct, the United States seeks to have the matter designated as complex. The discovery currently being processed is substantial and includes approximately 24.5 gigabytes of data, consisting of 361 files and 989 folders. Additionally, as the Defendant was legal counsel, the Government will need to filter all of this data for attorney-client material before examining it for the criminal case. Finally, six other individuals have been charged in relation to the attempt to bring contraband into the prison facility. While these are not currently charged and joined as co-defendants, these defendants may very well provide evidence critical to both parties.

Given the complexity of this case, the United States needs time beyond the usual 70 days prescribed in the Speedy Trial Act to digest the discovery, conduct their own investigation, file and litigate pretrial motions, and prepare for trial.

Thus, the United States request that this Court, for the reasons stated above, find that this case is "complex," pursuant 18 U.S.C. § 3161(h)(7)(B)(ii). The United States further requests that this Court enter a discovery and case management schedule tailored to this case.[1] The United States further request that this Court find the ends of justice served by the granting of this motion "outweigh the best interest of the public and the defendant[s] in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

Additionally, allowing time for such review and investigation may lead to the conservation of public and judicial resources, in that it may result in a resolution of the case without the need

---

[1]If granted, the United States will confer with defense counsel and will submit a proposed scheduling order to the court within two weeks.

for trial. Thus, pursuant to 18 U.S.C. § 3161(h)(7)(A), the United States believes that the ends of justice served by granting this motion outweigh the best interest of the public and the defendants in a speedy trial. Counsel for the Defendant was contacted and opposes this motion.

Counsel for the defendant was contacted for his position on this Motion to Declare the case complex and the Government notes his opposition.

WHEREFORE, based on the foregoing reasons, undersigned counsel requests that the Court enter an order: (1) designating the above-captioned case as a complex case; (2) vacating the existing call of the calendar, trial, and pretrial deadlines presently set in this case, and allowing the parties to submit a proposed scheduling order; and (3) tolling the time limits of the Speedy Trial Act, as it pertains to defendants, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

Respectfully submitted,
TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Electronically filed 7/8/2026*
JAMES A. DICKENS
TANISHA V. HENSON
Assistant United States Attorneys
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on July 8, 2026:

*Electronically filed 7/8/26.*
JAMES A. DICKENS
Assistant U.S. Attorney