# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CRIMINAL NO. 26-CR-2848-SMD** |
| | ) | |
| vs. | ) | |
| | ) | |
| **BRIAN ANTHONY PORI**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO EXTEND THE DISCOVERY DEADLINE

COMES NOW, the United States, by and through its attorneys of record, and hereby moves this Court to extend the discovery deadline previously established by the Court. In support of this motion, the United States states as follows:

On June 17, 2026, a grand jury returned a 3-count indictment charging Mr. Pori with various crimes, including two counts of providing an inmate of a prison with a prohibited object, specifically buprenorphine in violation of 18 U.S.C. § 1791(a)(1),(b)(1)(E), and one count possession of and access with intent to view any material containing child pornography in violation of 18 U.S.C. § 2256(8), Doc. 25. Based on the nature of the charges, the Defendant faces a maximum term of five years imprisonment for each count of providing an inmate of a prison with a prohibited object, specifically buprenorphine, and up to twenty years for the count charging possession of and access with intent to view material containing child pornography.

On June 25, 2026, the Court entered an Order requiring the United States to disclose evidence within fourteen days of the entry of that Order. Accordingly, the current discovery deadline July 9, 2026.

On July 8, 2026, the United States filed an opposed Motion to Declare the Case Complex, which remains pending before the Court. As set forth in that motion, the nature of the charges, the type and sensitivity of the evidence, the potential penalties, the scope of the alleged conduct, and the volume of the discovery warrant additional time for the parties to adequately review and prepare discovery.

Despite the United States' diligent efforts to prepare discovery for production, additional time is necessary due to the volume and complexity of the discovery, which currently consists of approximately 24.5 gigabytes of data, including 361 files and 989 folders. The discovery also contains sensitive material requiring review and appropriate handling before production, including materials relating to child sexual abuse and material information identifying inmates, correctional personnel, witnesses, and other third parties. Additionally, the discovery material contains attorney-client material which will have to be filtered before examination and disclosure.

The United States acknowledges its continuing duty to disclose discoverable material pursuant to Rule 16 and the Court's Order. The United States will promptly disclose any additional discoverable evidence or material that comes into its possession in accordance with its continuing obligations.

Counsel for the Defendant was contacted and opposes this motion.

WHEREFORE, based on the foregoing reasons, undersigned counsel requests that the Court enter an order extending the current discovery deadline an additional thirty (30) days.

Respectfully submitted,
TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Electronically filed 7/9/2026*
JAMES A. DICKENS
TANISHA V. HENSON
Assistant United States Attorneys
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I filed the foregoing
pleading electronically through the CM/ECF system
which caused the following parties or counsel to be
served by electronic means, as reflected on the Notice
of Electronic Filing, and other methods of service as
indicated therein on July 9, 2026:

*Electronically filed 7/9/26.*
JAMES A. DICKENS
Assistant U.S. Attorney