# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CRIMINAL NO. 26-CR-2848-SMD** |
| | ) | |
| vs. | ) | |
| | ) | |
| **BRIAN ANTHONY PORI**, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXTENDING THE DISCOVERY DEADLINE

This matter is before the Court pursuant to a Motion to Extend the Discovery Deadline. The Court, having considered said motion, finds that as set forth in the motion, due to the nature of the charges, the type and sensitivity of the evidence involved, the potential penalties, the scope of the alleged conduct, the volume of discovery requiring review and production, good cause exists to extend the discovery deadline.

**IT IS THEREFORE ORDERED** that the United States' Motion to Extend the Discovery Deadline is GRANTED, and the deadline for disclosure of evidence is extended by thirty (30) days from the current deadline.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE