**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Sarah M. Davenport**

**CASE NO.:**    **26-2848SMD**                    **DATE:** 7/14/2026

**Time in court: 15 minutes**

**TITLE:**   **United States v. Pori**

**COURTROOM CLERK:** ANNETTE NANEZ                **COURT REPORTER:** FATIMA SANCHEZ

( ) Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered            **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  James Dickens                        Damian Rasmussen
  Tanisha Henson

**TYPE OF PROCEEDING:**    APPEAL OF DETENTION ORDER/CALL OF THE CALENDAR

**EVIDENTIARY:**          **No**

**PROCEEDINGS:**

**11:21 AM-Court in Session**

Counsel entered their appearances

Court asks the Government about the disclosure of discovery

Government- response

Defense- Advises the court that the defendant has just advised him that he will be retaining

counsel and would like a continuance of the appeal hearing.

Court- We will reset this Appeal of Detention hearing at the request of the defendant for July 28th

at 1:30 pm

**11:36 PM- Court is in Recess**