IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

  *Plaintiff,*

  v.           No. 2:26-cr-02848-SMD

BRIAN ANTHONY PORI,

  *Defendant*.

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Brian Anthony Pori moves to substitute Nicholas T. Hart as counsel for the defendant and to allow the withdrawal of Damian Rasmussen, who is his current counsel. On July 14, 2026, Pori alerted the Court he intended to retain counsel. He has now done so.

This substitution is made during the early stages of this case and therefore neither Pori nor the government will be prejudiced by it.

Damian Rasmussen, current counsel for Pori, has been notified that Pori retained new counsel and does not oppose this motion.

The government, through Tanisha Henson, does not oppose this motion.

## Conclusion

The motion should be granted, Damian Rasmussen should be withdrawn as counsel for Pori, and Nicholas T. Hart should be permitted to enter as counsel.

1

2

Respectfully submitted,

*/s/ Nicholas T. Hart*

Nicholas T. Hart
**HARRISON & HART, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com

*Counsel for Defendant*

Dated:          July 17, 2026

## CERTIFICATE OF SERVICE

I certify that, on July 17, 2026, I electronically filed this motion with the Clerk of the Court for the U.S. District Court for the District of New Mexico using the CM/ECF system. All parties were served by that system as reflected in the Notice of Electronic Filing.


*/s/ Nicholas T. Hart*
Nicholas T. Hart