**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Sarah M. Davenport**

**CASE NO.:**    **26-2848SMD**                    **DATE:** **7/28/2026**

**Time in court: 1 Hour 4 minutes**

**TITLE:**   **United States v. Pori**

**COURTROOM CLERK:** ANNETTE NANEZ            **COURT REPORTER:** FATIMA SANCHEZ

( ) Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered            **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  James Dickens                      Nicolas Hart
  Tanisha Henson

**TYPE OF PROCEEDING:**

**EVIDENTIARY:**        **No**

**PROCEEDINGS:**

**1:34pm-Court in Session**

Government advises the court that there has been a change in the posture in this case. The

government is waiting for the final report from the experts the government predicts that count 3

will be dismissed. Government is still requesting detention as a flight risk and a danger to the

community.

Court- Received the exhibits for the itinerary for the different flights all itineraries were in

Spanish a court interpreter helped the court with the translation.

Mr. Hart- The reason why we included all these itineraries from exhibits 1 through 6 is because

one of the concerns that Judge Martinez had is when you see a one-way ticket from the United

States to Mexico there's a concern that a person is fleeing. These exhibits show that Mr. Pori intended to travel back and forth from Mexico to the United States. Mr. Pori never hid his intentions. State court was aware of Mr. Pori intentions.

Court- Lets talk about the weight of the evidence on taking drugs into Cibola County.

Mr. Hart- I have not received discovery in this case. It's incredibly common in the facility to have family members send in glasses and for the attorneys to help facilitate that. The facility does not have an on-site person, a physician or medial provider. The attorneys help the families obtain glasses that comply with the rules and help them get to the individuals so that they can use them.

Court- What are the rules about working with the staff of Cibola County

Mr. Hart- If it complies with certain rules it goes through the inspection in the beginning that we can bring them in for the inmate, and we're just supposed to let them know while we do so. The rule is mainly that they need to be some type of plastic no metal.

Court- Did he have approval to take those glasses in?

Mr. Hart- We have never been required to get pre-approval.

Court-What about the label of legal mail

Mr. Hart- With no discovery, I don't know what it says on any of those pages. I don't know what the materials are.

Court- My concern is less about whether he had a one-way ticket. I'm more concerned about releasing Mr. Pori particularly right now. He doesn't have his own residence, so he goes into a halfway house, because he doesn't have an approved private residence to go to. It's clear to me that he is very comfortable traveling across the border.

Mr. Hart- Mr. Pori, made a return trip to appear for his preliminary hearing and disciplinary hearing before the supreme court.

Government-Discovery was disclosed to prior counsel. I assumed it was passed on and it wasn't, but we'll address that.  Defense counsel didn't disclose the lease agreement. It would be nice to have seen that lease, to have seen when those dates started, and ended. The Government is aware of the well-known issue of contraband in the facilities. Mr. Pori should be extra cautious with all those years of experience in not bringing in contraband, not allowing people simply to hand him paperwork that could be tampered with.

Court- Finds at this time, by a preponderance of the evidence, he is a risk of flight. If you want to file a motion to reconsider in the future with some additional measures, put in place, you're welcome to do that.

**2:38- Court is in Recess**