IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                            No. 2:26-cr-02848-SMD

BRIAN ANTHONY PORI,

    *Defendant.*

## NOTICE OF POSITION REGARDING SEALING OF DOCUMENT 57

Defendant Brian Pori, according to the Court's order to submit a position on the continued sealing of Document 57, notifies the Court that he has reviewed Document 57 and does not believe that it should remain under seal. Pori requests that Document 57 be made available to all parties and the public.

Respectfully submitted,

*/s/ Nicholas T. Hart*

Nicholas T. Hart
**HARRISON & HART, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com

*Counsel for Mr. Pori*

Dated:      August 11, 2026

## CERTIFICATE OF SERVICE

I certify that, on August 11, 2026, I electronically filed this notice with Clerk of the Court for the U.S. District Court for the District of New Mexico using the CM/ECF system. All parties were served by that system as reflected in the Notice of Electronic Filing.

*/s/ Nicholas T. Hart*
Nicholas T. Hart