UNITED STATES OF AMERICA,

     *Plaintiff,*

     v.                  No. 2:26-cr-02848-SMD

BRIAN ANTHONY PORI,

     *Defendant.*

## NOTICE REGARDING DEFENDANT BRIAN PORI'S NON-OPPOSITION TO MOTION FOR PROTECTIVE ORDER

Defendant Brian Pori gives notice, according to the Court's request, that he does not oppose the government's motion for a protective order. *See* Dkt. 50. On Monday, August 10, 2026, the parties conferred and the government provided Pori with a proposed protective order. Pori approves of the proposed protective order. The proposed protective order will be submitted to Chambers by the government.

     Respectfully submitted,

     */s/ Nicholas T. Hart*

     Nicholas T. Hart
     **HARRISON & HART, LLC**
     924 Park Ave SW, Suite E
     Albuquerque, NM 87102
     (505) 295-3261
     nick@harrisonhartlaw.com

     *Counsel for Mr. Pori*

Dated:     August 11, 2026

## CERTIFICATE OF SERVICE

I certify that, on August 11, 2026, I electronically filed this notice with Clerk of the Court for the U.S. District Court for the District of New Mexico using the CM/ECF system. All parties were served by that system as reflected in the Notice of Electronic Filing.

*/s/ Nicholas T. Hart*
Nicholas T. Hart