**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | **Case No. 26-CR-2848-SMD** |
| vs. | ) | |
| **BRIAN ANTHONY PORI**, | ) | |
| Defendant. | ) | |

**JOINT SCHEDULING ORDER**

The Court,based on the parties' joint stipulation that the ends of justice are best served by setting the trial on November 30, 2026, the parties having made a sufficient record according to United States v. Toombs, 574 F.3d 1262, 1269 (10th Cir. 2009) that all time between now and November 30, 2026 shall be excluded from any calculation under the Speedy Trial Act, and considering the parties proposed scheduling order and subject to any further order of the Court, hereby imposes the following deadlines, without objection from the parties, in this case:

1. **September 7, 2026**: Expert and opinion witness notices, reports, and filed list of opinions; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

2. **September 21, 2026**: Responses to Fed. R. Crim. P. 16 discovery motions and Fed. R. Crim. P. Rule 7(f) motions; *Daubert* and Fed. R. Evid. 702 motions; Fed. R. Crim. P. 12 pretrial motions; Motions *in limine*; 413/414 notices; and Notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

3. **October 5, 2026**: Responses to *Daubert* and Fed. R. Evid. 702 motions; Responses to notices of defenses; responses to motions *in limine*; responses to 413/414 notices; Fed. R. Evid. 404(b) notices; and Plea Agreement deadline;

4. **October 26, 2026**: Jury instructions; Proposed *voir dire*; Exhibit and witness lists; Designations of deposition testimony; Joint statement of the case;

5. **November 3, 2026**: Objections to exhibits (including foundational/authenticity objections), witness lists, proposed *voir dire*, and jury instructions; and Responses to 404(b) notices;

6. **November 23, 2026**: **Pretrial Conference at 9:30 a.m.** Federal Courthouse, Las Cruces, New Mexico; objections to admission of exhibits, including foundational/authenticity objections, will be heard and ruled upon at the pretrial conference; counsel should have any foundational and authenticating witness(es) available at the pretrial conference;

7. **November 23, 2026 by 3:00pm**: Exhibit binders[1] and JERS exhibits to the Court;

8. **December 1, 2026**: **Jury Selection/Trial at 9:00 a.m.** Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall make available to Defendant by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972); and the Jencks Act, 18 U.S.C. § 3500. The Court will recess the trial if needed to allow Defense counsel to review *Giglio* and Jencks materials that were not disclosed in sufficient advance of trial to allow Defense counsel to prepare cross examination.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

Other than the deadlines imposed by this Order, **the Parties will abide by the Court's "Standing Order: Deadlines and Procedures for Criminal Trials,"** which is available on the Court's webpage. These deadlines and procedures will be enforced with appropriate measures, including a finding of waiver.



SARAH M. DAVENPORT
United States District Judge

[1] Please refer to the Court's "Standing Order: Deadlines and Procedures for Criminal Trials" for details regarding exhibit binders.