**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | NO. 26-CR-2848-SMD |
| | ) | |
| vs. | ) | |
| | ) | |
| **BRIAN ANTHONY PORI,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS COUNT 3 OF THE INDICTMENT WITHOUT PREJUDICE**

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice the Count 3 of the Indictment filed on June 17, 2026, in this matter. As grounds, the United States provides that it is in the interest of justice. Counsel for the defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing without prejudice Count 3 of the Indictment filed on June 17, 2026, as to Defendant BRIAN ANTHONY PORI.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

/s/ *Filed Electronically on 9/1/2026*
TANISHA V. HENSON
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

***/s/ Filed Electronically on 9/1/2026***
TANISHA V. HENSON
Assistant U.S. Attorney