**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 26-CR-2848-SMD |
| | ) | |
| vs. | ) | |
| | ) | |
| **BRIAN ANTHONY PORI**, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING COUNT 3 OF THE INDICTMENT WITHOUT PREJUDICE**

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing Count 3 of the Indictment filed on June 17, 2026. The Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Count 3 of the Indictment filed on June 17, 2026, be and hereby is dismissed without prejudice as to Defendant BRIAN ANTHONY PORI.

UNITED STATES DISTRICT JUDGE