IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN ANTHONY PORI,<br>Defendant. | ) | No. 26-CR-2848-SMD |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT NOTICES**

The United States moves this Court to allow counsel for the United States to extend time to file its expert notices. As grounds, the United States asserts the following:

1. Pursuant to the Joint Scheduling Order filed August 14, 2026, expert and opinion witness notices were due on September 7, 2026

2. Undersigned counsel was out of the office on medical leave from August 26 through September 4, 2026. In addition, undersigned counsel was engaged in trial from August 19-21, 2026.

3. In light of these circumstances, the United States respectfully requests a brief one-week extension of the deadline to filed expert notices from September 7, 2026, to September 15, 2026. To preserve the time provided for responses under the Joint Scheduling Order, the United States further requests that the deadline to respond to expert notices be extended from September 21, 2026, to September 28, 2026.

4. Mr. Nicholas Hart, Counsel for Defendant, does not oppose this motion.

**WHEREFORE** the United States respectfully requests that this Court grant the United States' Motion and Extend the Deadlines for filing it's expert notice in this matter until September 15, 2026 and responses to expert notices until September 28, 2026.

RYAN ELLISON
First Assistant United States Attorney

***Electronically filed on 9/9/2026***
JAMES A. DICKENS
TANISH V. HENSON
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically filed on 9/9/2026***
JAMES A. DICKENS
Assistant United States Attorney