IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 26-CR-2848 |
| | ) | |
| vs. | ) | |
| | ) | |
| **BRIAN ANTHONY PORI**, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF ENTRY OF APPEARANCE

The United States of America notifies the Court that JONI AUTREY STAHL, Assistant United States Attorney, hereby enters her appearance as co-counsel on behalf of the United States.

The United States requests that all notices, pleadings and correspondence regarding this case also be delivered to the attention of JONI AUTREY STAHL.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

***/s/ Electronically Filed 9/15/26***

JONI AUTREY STAHL
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

***/s/   Electronically Filed 9/15/26***
JONI AUTREY STAHL
Assistant U.S. Attorney