IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

*Plaintiff*,

v. No. 2:26-CR-02848-SMD

BRIAN ANTHONY PORI,

*Defendant.*

**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO THE UNITED STATES' MOTION IN LIMINE**

THIS MATTER, having come before the Court on Defendant Brian Pori's Unopposed Motion to Extend Time to Respond to the United States' Motion in Limine (Doc. No. 90) (Filed October 5, 2026), and the Court, being otherwise fully advised of its premises, finds that the motion is well taken and GRANTED.

IT IS HEREBY ORDERED that the Defense is given through October 9, 2026 to respond to the United States' Motion in Limine.

______________________________
UNITED STATES DISTRICT JUDGE