FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2026 OCT 14 AM 11:08
CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**BRIAN ANTHONY PORI,**

Defendant.

CRIMINAL NO. 26-CR-02848-SMD

Counts 1 and 2: 18 U.S.C. §§ 1791(a)(1) and (b)(1): Attempt to Provide a Prohibited Object to an Inmate of a Prison.

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

On or about December 8, 2025, in Cibola County, in the District of New Mexico, the defendant, **BRIAN ANTHONY PORI**, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(E), and contrary to the rules and regulations of the Cibola County Correctional Center, attempted to provide a prohibited object, specifically, Suboxone/Buprenorphine, to Reynaldo Vargas, an inmate of Cibola County Correctional Center, a prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the Attorney General.

In violation of 18 U.S.C. §§ 1791(a)(1) and (b)(1).

Count 2

On or about March 11, 2026, in Cibola County, in the District of New Mexico, the defendant, **BRIAN ANTHONY PORI**, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(E), and contrary to the rules and regulations of the Cibola County Correctional Center, attempted to provide a prohibited object, specifically, Suboxone/Buprenorphine, to Paul Lujan, an inmate of

Cibola County Correctional Center, a prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the Attorney General.

In violation of 18 U.S.C. §§ 1791(a)(1) and (b)(1).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Vanessa Y. Chard

Assistant United States Attorney

*10/9/26 MAS*