IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN ANTHONY PORI,

Defendant.

CRIMINAL NO. 26-CR-02848-SMD

**UNITED STATES WITNESS LIST**

The United States files this list of witnesses that it may call during trial in either its case-in-chief or rebuttal case. The United States reserves the right to file a Supplemental Witness List should additional witnesses become necessary or available.

1. Elia Viramontes, Federal Bureau of Investigations
2. Mario N. Martin, Federal Bureau of Investigations
3. Zackari S. Mercado, Federal Bureau of Investigations
4. Paul Vigil, Federal Bureau of Investigations
5. Jakob Sena, Federal Bureau of Investigations
6. Payton Geisinger, United States Marshal's Service
7. James Davis, United States Marshal's Service
8. Daniel Lomax, United States Marshal's Service
9. David Cole, CoreCivic
10. George King, CoreCivic
11. Susan Shaw, CoreCivic

12. Sandy Charlie, CoreCivic
13. Steven Jones, CoreCivic
14. Jeffry Fikes or Brian Cook, CoreCivic
15. Niyongabo Sadiki, CoreCivic
16. Amorette Alcon, CoreCivic
17. Elizabeth Caraveo, CoreCivic
18. Daisy Alderete
19. Reynaldo Vargas
20. Paul Lujan
21. Joanna Garcia
22. Sergio Rodriguez
23. Jason D. Brewer, PhD, Federal Bureau of Investigations[1]
24. Tyler Foster, United States Marshal's Service[2]
25. Ramon Garcia, New Mexico RCFL[3]
26. Jay Hopenwasser, Drug Enforcement Administration[4]
27. Icel M. Kuzunetsova, Federal Bureau of Investigations[5]

[1] Will testify as an expert as outlines in Government's Expert Witness Notice. *See* Doc. 74
[2] Will testify as an expert as outlines in Government's Expert Witness Notice. *See* Doc. 80
[3] Will testify as an expert as outlines in Government's Expert Witness Notice. *See* Doc. 76
[4] Will testify as an expert as outlines in Government's Expert Witness Notice. *See* Docs. 75, 88
[5] Will testify as an expert as outlines in Government's Expert Witness Notice. *See* Docs. 79, 87.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

***/s/ Electronically filed on October 26, 2026***
JAMES A. DICKENS
TANISHA V. HENSEON
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88001
(575) 522-2304 – Telephone

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to defense counsel of record on this date.

***/s/ Electronically filed on October 26, 2026***
JAMES A. DICKENS
Assistant United States Attorney