IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN ANTHONY PORI,

Defendant.

26-CR-02848-SMD

UNITED STATES' EXHIBIT LIST

The United States hereby submits the attached list of exhibits for the convenience of the Court and counsel. The United States seeks permission to amend the exhibit list if additional exhibits are realized during trial preparation and trial, or to renumber the current list for logistical reasons.

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
| --- | --- | --- |
| 1. | Mail seized on December 8, 2025 (includes envelope and legal paperwork) | |
| 2. | Photograph of envelope<br>Bates 187 | |
| 3. | Photographs of paperwork A - B<br>Bates 1261-1278, 1294-1297, 1279-1293 | |
| 4. | Laboratory report from Jason D. Brewer<br>Expert Notice and Bates 173-174 | |
| 5. | Laboratory report from Icel M. Kuzunetsova<br>Expert Notice and Bates 1612 | |
| 6. | Glasses and case seized on March 11, 2026 | |
| 7. | Suboxone Strips seized on March 11, 2026 | |
| 8. | Photographs of seized glasses, case, and suboxone A - E<br>Bates 103, 101, 102, 1651, and 1649 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 9. | Laboratory report from Jay Hopenwasser<br>Expert Notice and Bates 1916-1917 | |
| 10. | Security video of inspection area of CCCC<br>Bates 1723 | |
| 11. | Photograph – stills from video<br>Bates 1723 | |
| 12. | Video recording of Pori interview<br>Bates 248 | |
| 13. | Email to Pori from Caraveo<br>Bates 1718-1720 | |
| 14. | Attorney entry sheets<br>Bates 1721 – 1722 | |
| 15. | Text from Pori<br>Bates 1742-1743, 1747-1748, 1756, 1773, 1775, 1782-1783, and 1807 | |
| 16. | Handwritten letter from Paul Lujan to Daisy Alderete.<br>Bates 180-185 | |
| 17. | Recorded call between Timothy Bachicha and Sergio Rodriguez with transcript / translation, 09/30/2025 at 21:06. A - B<br>Bates 1215-1251 | |
| 18. | Visitation recording between Reynaldo Vargas and Joanna Garcia, 10/01/2025 at 14:58, 15:44, and 16:00.<br>Bates 1122-1214 | |
| 19. | Recorded call between Timothy Bachicha to Sergio Rodriguez with transcript / translation, 10/01/2025 at 15:54. A - B<br>Bates 1215-1251 | |
| 20. | Text messages by Reynaldo Vargas from 10/01/2025 to 11/21/2025.<br>Bates 1144-1148, 1152-1153, 1157-1158, and 1161 | |
| 21. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/01/2025 at 17:11.<br>Bates 1122-1214 | |
| 22. | Recorded call between Reynaldo Vargas and Claudia LNU, 10/01/2025 at 17:16.<br>Bates 1122-1214 | |
| 23. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/01/2025 at 17:36.<br>Bates 1122-1214 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 24. | Text messages between Sergio Rodriguez, Joanna Garcia and Claudia LNU, 10/01/2025.<br>Bates _______ | |
| 25. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/02/2025 at 12:27.<br>Bates 1122-1214 | |
| 26. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/02/2025 at 20:39.<br>Bates 1122-1214 | |
| 27. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/03/2025 at 13:21.<br>Bates 1122-1214 | |
| 28. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/03/2025 at 21:01<br>Bates 1122-1214 | |
| 29. | Recorded call between Timothy Bachicha and Sergio Rodriguez, with Translation, 10/06/2025 at 17:22<br>Bates 1122-1214 | |
| 30. | Recorded call between Timothy Bachicha and Sergio Rodriguez with transcript and translation, 10/06/2025 at 19:09. A-B<br>Bates 1122-1214 | |
| 31. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/10/2025 at 20:06.<br>Bates 1122-1214 | |
| 32. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/18/2025 at 20:37.<br>Bates 1122-1214 | |
| 33. | Recorded call between Reynaldo Vargas and Joanna Garcia, 10/22/2025 at 16:11.<br>Bates 1122-1214 | |
| 34. | Recorded call between Reynaldo Vargas and Joanna Garcia, 11/03/2025 at 20:48.<br>Bates 1122-1214 | |
| 35. | Recorded call between Reynaldo Vargas and Joanna Garcia, 12/04/2025 at 21:16.<br>Bates 1122-1214 | |
| 36. | Recorded call between Reynaldo Vargas and Joanna Garcia, 12/05/2025 at 12:27.<br>Bates 1122-1214 | |
| 37. | Recorded call between Reynaldo Vargas and Joanna Garcia, 12/06/2025 at 12:38<br>Bates 1122-1214 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 38. | Text messages from Paul Lujan, 12/01/2025 to 01/29/2026.<br>Bates 848, 877-878, 879-885, and 916 | |
| 39. | Recorded call between Paul Lujan and Daisy Alderete, 12/08/2025<br>Bates 781-1120 | |
| 40. | Recorded call between Paul Lujan and Daisy Alderete, 12/08/2025<br>Bates 781-1120 | |
| 41. | Recorded call between Paul Lujan and Daisy Alderete, 12/10/2025 at 20:04<br>Bates 781-1120 | |
| 42. | Recorded call between Paul Lujan and Daisy Alderete, 12/23/2025<br>Bates 781-1120 | |
| 43. | Recorded call between Paul Lujan and an unknown caller at 505-###-##43, 12/29/2025<br>Bates 781-1120 | |
| 44. | Recorded call between Paul Lujan and Daisy Alderete, 01/01/2026 at 17:15<br>Bates 781-1120 | |
| 45. | Recorded call between Paul Lujan, Francine Leyba and Jovan Martinez, 01/01/2026 at 19:27<br>Bates 781-1120 | |
| 46. | Recorded call between Paul Lujan and an unknown caller at 505-###-##44, 01/02/2026 at 13:30<br>Bates 781-1120 | |
| 47. | Recorded call between Paul Lujan and Daisy Alderete, 01/07/2026 at 11:31<br>Bates 781-1120 | |
| 48. | Recorded call between Paul Lujan and Daisy Alderete, 01/07/2026 at 13:31<br>Bates 781-1120 | |
| 49. | Recorded call between Paul Lujan and Daisy Alderete, 01/07/2026 at 16:34<br>Bates 781-1120 | |
| 50. | Recorded call between Paul Lujan and Daisy Alderete, 01/07/2026 at 20:42<br>Bates 781-1120 | |
| 51. | Video Visit between Paul Lujan and Erin Dominguez, 01/08/2026 at 8:04<br>Bates 781-1120 | |
| 52. | Recorded call between Paul Lujan and Francine Leyba, 01/08/2026 at 13:25<br>Bates 781-1120 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 53. | Recorded call between Paul Lujan and Daisy Alderete, 01/08/2026 at 17:33<br>Bates 781-1120 | |
| 54. | Recorded call between Paul Lujan and an unknown caller at 505-###-##44, 01/08/2026 at 20:12.<br>Bates 781-1120 | |
| 55. | Recorded call between Paul Lujan and Daisy Alderete, 01/10/2026 at 15:26<br>Bates 781-1120 | |
| 56. | Recorded call between Paul Lujan, Francine Leyba, and Jovan Martinez, 01/11/2026<br>Bates 781-1120 | |
| 57. | Recorded call between Paul Lujan and Daisy Alderete, 01/11/2026 at 12:34<br>Bates 781-1120 | |
| 58. | Recorded call between Paul Lujan and Daisy Alderete, 02/03/2026 at 20:20<br>Bates 781-1120 | |
| 59. | Recorded call between Paul Lujan and Daisy Alderete, 02/04/2026<br>Bates 781-1120 | |
| 60. | Recorded call between Paul Lujan and Daisy Alderete, 02/05/2026<br>Bates 781-1120 | |
| 61. | Video recording between Paul Lujan and Daisy Alderete, 02/05/2026 at 12:12<br>Bates 781-1120 | |
| 62. | Video recording between Paul Lujan and Daisy Alderete, 02/05/2026 at 19:43<br>Bates 781-1120 | |
| 63. | Recorded call between Paul Lujan and Daisy Alderete, 02/05/2026 at 20:38<br>Bates 781-1120 | |
| 64. | Recorded call between Paul Lujan and Francine Leyba, 02/09/2026 at 12:08<br>Bates 781-1120 | |
| 65. | Recorded call between Paul Lujan and Francine Leyba, 02/09/2026 at 15:19<br>Bates 781-1120 | |
| 66. | Recorded call between Paul Lujan and Juanita Gallegos, 02/26/2026 at 15:37<br>Bates 781-1120 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | Admitted? |
|---|---|---|
| 67. | Video Visit recording of between Paul Lujan and Daisy Alderete, 03/11/2026 at 16:50<br>Bates 781-1120 | |
| 68. | Recorded call between Paul Lujan and Daisy Alderete, 03/12/2026 at 12:24<br>Bates 781-1120 | |
| 69. | Recorded call between Paul Lujan and Daisy Alderete, 03/14/2026 at 12:41<br>Bates 781-1120 | |
| 70. | Video Visit recording of between Paul Lujan and Daisy Alderete, 03/16/2026 at 19:04<br>Bates 781-1120 | |
| 71. | NMRCFL Report<br>135-139 | |
| 72. | Text messages from Timothy Bachicha to Loretta Rodriguez, 09/25/2025.<br>Bates 1237 | |

| EX. NO | DESCRIPTION OF DEMONSTRATIVE EXHIBIT | Admitted? |
|---|---|---|
| 1 | Soft glasses case with breath strips | |

Respectfully Submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

*Electronically filed on 10/26/2026*
JAMES A. DICKENS
TANISHA V. HENSON
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*Electronically filed on 10/26/2026*
JAMES A. DICKENS
Assistant United States Attorney