IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

*Plaintiff*,

v. No. 2:26-cr-02848-SMD

BRIAN ANTHONY PORI,

*Defendant*.

**DEFENDANT BRIAN PORI'S WITNESS LIST**

Defendant Brian Pori submits this list of witnesses he may call during trial:

1. Patricia Brink
2. Chris O'Hanlon
3. Mark Collins
4. Craig Richardson
5. Gail Jenkins
6. Steven Jones
7. Elizabeth Caraveo
8. Susan Shaw
9. Any witness identified by the government
10. Any witness necessary to authenticate a record or exhibit
11. Any witness necessary to otherwise admit an exhibit
12. Any witness necessary for impeachment or rebuttal

Pori reserve the right to call any witness named by the government, including those previously identified by the government as expert witnesses. Pori also reserves the right to amend this witness list before trial.

Respectfully submitted,

*/s/ Nicholas T. Hart*

Carter B. Harrison IV
Nicholas T. Hart
**HARRISON & HART, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
carter@harrisonhartlaw.com
nick@harrisonhartlaw.com

*Counsel for Mr. Pori*

Dated: October 26, 2026

**CERTIFICATE OF SERVICE**

I certify that, on October 26, 2026, I electronically filed this witness list with the Clerk of the Court for the U.S. District Court for the District of New Mexico using the CM/ECF system. All parties were served by that system as reflected in the Notice of Electronic Filing.

*/s/ Nicholas T. Hart*
Nicholas T. Hart