IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

*Plaintiff*,

v. No. 2:26-cr-02848-SMD

BRIAN ANTHONY PORI,

*Defendant*.

**DEFENDANT BRIAN PORI'S EXHIBIT LIST**

Defendant Brian Pori submits this list of exhibits he may introduce at trial. At this point in time, Pori does not intend to introduce any exhibits not already identified by the government. If, however, that changes, then Pori will immediately file an amended exhibit list. Pori reserves the right to amend this exhibit list.

Respectfully submitted,

*/s/ Nicholas T. Hart*

Carter B. Harrison IV
Nicholas T. Hart
**HARRISON & HART, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
carter@harrisonhartlaw.com
nick@harrisonhartlaw.com

*Counsel for Mr. Pori*

Dated: October 26, 2026

## CERTIFICATE OF SERVICE

I certify that, on October 26, 2026, I electronically filed this exhibit list with the Clerk of the Court for the U.S. District Court for the District of New Mexico using the CM/ECF system. All parties were served by that system as reflected in the Notice of Electronic Filing.

*/s/ Nicholas T. Hart*
Nicholas T. Hart