**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. No. 2:26-cr-02848-SMD

BRIAN ANTHONY PORI,

Defendant.

**ORDER CONTINUING TRIAL**

THIS MATTER comes before the Court on Defendant Brian Pori's Unopposed Motion to Continue Trial (Doc. No. 135) (Filed November 13, 2026). The court finds that the Motion is well taken and shall be GRANTED.

IT IS HEREBY ORDERED that Mr. Pori's Trial shall be continued until February 8, 2027 at 9:00am.

UNITED STATES DISTRICT JUDGE